UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| COFFEE TRADERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GHOST TOWN COFFEE ROASTERS, INC., <br><br> Defendant. | Case No. CV-23-35-BU-BMM-JTJ <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Effectively immediately, Ghost Town and its agents, representatives, employees, and all other persons in active convert or participation with any or all of them, are ENJOINED and RESTRAINED from the following acts: (1) making further use of Coffee Traders's GLACIER mark or any mark confusingly similar to Coffee Traders's GLACIER Mark; (2) marketing, offering, or distributing any materials containing the GLACIER Mark or other marks that are confusingly similar to Coffee Traders's GLACIER Mark; and (3) pursuing trademark registration or registration applications for the GLACIER Mark.

Effectively immediately, Ghost Town and its agents, representatives, employees, and all other persons in active convert or participation with any or all of them, must: (1) recall from all trade and distribution channels, any and all products, packaging, labels, signage, advertising and promotional materials bearing the GLACIER Mark or other marks that are confusingly similar to Coffee

Traders's GLACIER Mark; and (2) cause the destruction of all products, packaging, labels, signage, advertising and promotional materials that depict the GLACIER Mark or other marks that are confusingly similar to Coffee Traders's GLACIER mark.

Ghost Town shall pay Coffee Traders $20,148.00 in attorneys' fees and $505.45 in costs.

Dated this 8th day of August, 2023.



TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Athena Cobb, Deputy Clerk